UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 93-11111 |
| | ) | |
| BOYT REALTY CO., INC. | ) | |
| | ) | |
| Debtor(s) | ) | Chapter 7 |

**INTERIM STATUS REPORT BY CHAPTER 7 TRUSTEE**
**FOR ANNUAL PERIOD ENDING MARCH 31, 2005**

    Stephen J. Zayler, as the duly appointed Chapter 7 trustee, hereby presents this status report regarding the administration of the bankruptcy estate in the above-referenced case for the period ending March 31, 2005.

    Respectfully submitted,

/s/ Stephen J. Zayler
Stephen J. Zayler, Chapter 7 Trustee
P. O. Box 150743
Lufkin, TX 75915-0743
(936) 634-1020
(936) 634-1050

**NOTICE**

    The submission of this status report is not required by the Bankruptcy Code nor by the Federal Rules of Bankruptcy Procedure. It will not trigger any contested matter before the Court. Thus, it need not contain any negative notice language nor is any certificate of service required. It is filed with the Court solely as a means by which to provide interested parties with updated information regarding the administration of this case to date and to identify those future activities which likely must be completed prior to the submission of a trustee's final report in this case.

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 1

Case No: 93-11111 BP1 Judge: BILL PARKER
Case Name: BOYT REALTY CO., INC.
For Period Ending: 03/31/05

Trustee Name: Stephen J. Zayler
Date Filed (f) or Converted (c): 09/20/93 (f)
341(a) Meeting Date: 11/05/93
Claims Bar Date: 02/13/94

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REFUND (u) | 11.00 | 11.00 | | 605.00 | FA |
| 2. UDI-BOLIVAR PEN | 1,647,310.00 | 1,262,310.00 | | 1,932,970.16 | FA |
| 3. LOTS-LIVE OAK | 409,250.00 | 409,250.00 | | 171,777.00 | FA |
| 4. LOTS-PINE PLACE | 650,000.00 | 650,000.00 | | 33,740.00 | FA |
| 5. LOTS-OAK PLACE | 148,000.00 | 148,000.00 | | 14,000.00 | FA |
| 6. OFFICE BLDG. | 162,350.00 | 162,350.00 | | 63,000.00 | FA |
| 7. WAREHOUSE | 50,390.00 | 50,390.00 | | 5,000.00 | FA |
| Additional consideration on sale of the property was payment by Purchaser of the delinquent taxes | | | | | |
| 8. CHECKING ACCT. | 6,200.00 | 6,200.00 | | 9,531.60 | FA |
| 9. ACCTS. REC. | 99,239.44 | 99,239.44 | | 58,708.64 | FA |
| 10. ACCTS. REC. | 140,000.00 | 140,000.00 | | 0.00 | FA |
| Reimbursement of note paid to First State Bank owed by Lamar Maxwell Trust | | | | | |
| 11. OFFICE EQPT. | 1,000.00 | 1,000.00 | | 1,000.00 | FA |
| 12. BOUSE-NOTE REC | 2,152.39 | 2,152.39 | | 2,152.39 | FA |
| 13. JEFFREY-RECEIV (u) | 211.85 | 211.85 | | 211.85 | FA |
| 14. BOLT-NOTE REC (u) | 6,570.18 | 6,570.18 | | 1,060.00 | FA |
| 15. HOUSE TO BE MOV (u) | 2,000.00 | 2,000.00 | | 2,000.00 | FA |
| 16. SIGN LEASE | 500.00 | 500.00 | | 450.00 | FA |
| 17. Post-Petition Interest Deposits (u) | Unknown | N/A | | 69,701.48 | Unknown |
| 18. REFUND OF OVERPAYMENT ON PROPERTY TAXES DUE (u) | Unknown | 75,276.93 | | 75,276.93 | FA |
| 19. REIMBURSEMENT OF BOND PREMIUM (u) | Unknown | 237.00 | | 237.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $ 3,325,184.86 $ 3,015,698.79 $ 2,441,422.05 $0.00

LFORM1

Ver: 10.00a

| Case No: | 93-11111  BP1  Judge: BILL PARKER | Trustee Name: | Stephen J. Zayler |
|---|---|---|---|
| Case Name: | BOYT REALTY CO., INC. | Date Filed (f) or Converted (c): | 09/20/93 (f) |
| | | 341(a) Meeting Date: | 11/05/93 |
| | | Claims Bar Date: | 02/13/94 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Objections to claims have been heard. The Court has entered an Order to allow Trustee to sell property co-owned by this estate and numerous other individuals, some of which are unknown owners. The majority of this property is located in Bolivar Peninusla. A real estate agent is employed to assist Trustee in this sale. I have completed the sale of approximately 379 acres to John DaFonte and the sale of Goat Island to the Corp of Engineers. Orders have been entered for the Allocation and Distribution of Funds to Non-Debtor Third Party Owners from Proceeds of Sale of Real Estate of the sale proceeds on the sale to John DaFonte and Corp of Engineers and Third Parties have been paid from the sale proceeds of these sales. The sale to Houston Audobon Society for over 600 acres of land located on the Bolivar Peninsula was closed November 30, 2001 and a Motion to pay the property taxes was granted and paid. Distribution to non-debtor third party owners will follow shortly. A second sale to Houston Audobon Society is almost ready pending receipt of the survey and appraisal. I have retained a surveyor to determine exactly what is left to be sold. The secured claim of First Liberty National Bank has been paid through in part from sale proceeds. Received Order to retain suveryor to determine what is left to be sold on property. Groundwork for survey has been completed. There are three (3) sales pending to Galveston County, 2 blocks in Pt. Bolivar, and 29.88 acres in Pt. Bolivar. Once the sales are completed the closing process will begin. Tax Returns for years 1992 to 2002 were mailed January 14, 2004 for approval. Tax returns have been approved by IRS. I anticipate submitting my TFR by December 31, 2005. After proceeding to close this case, Trustee received an offer on additional lots. Trustee sold these lots for $35,000.00. Trustee is in the process of preparing necessary documents to pay third parties, file additional tax returns and attorney fee application.

Initial Projected Date of Final Report (TFR): 12/31/99    Current Projected Date of Final Report (TFR): 12/30/05

LFORM1    Ver: 10.00a