Devers ISD
P. O. Box 488
Devers, Texas 77538

Boyt Realty Co.
P. O. Box 575
Devers, TX 77538

Mr. Garry Offerman
Attorney at Law
6420 Wellington Place,
Beaumont, Texas 77706

First Liberty Nat. Bank
P. O. Box 10109
Liberty, Texas 77575

Liberty County Tax Coll.
P. O. Box 1810
Liberty, Texas 77575

Liberty I.S.D.
c/o Mark McClelland, RTA
P. O. Box 10288
Liberty, Texas 77550

Chambers/Liberty Navigation
District
P. O. Box 518
Anahuac, Texas 77514

Mr. Ed Pickett, Attorney
P. O. Box 10225
Liberty, Texas 77575

Ronald J. Sommers, Trustee
2800 Post Oak Blvd., 61st Floor
Houston, Texas 77056-6102

Charles D. Stubbs
P. O. Box 760
Edgewater, Maryland 21037

Attorney General of Texas
Taxation Div.- Bankruptcy
Box 12548 - Capital Sta.
Austin, Texas 78711

Texas Employment Comm.
TEC Bldg. - Tax Dept.
Austin, Texas 78778

State Compt. of Public Accounts
Capitol Station
Austin, Texas 78774

IRS - Special Procedures
Stop 5027 DAL
1100 Commerce Street
Dallas, TX 75242

James Hornbeck
P. O. Box M
Port Bolivar, Texas 77650

Galveston County Tax
 Assessor-Collector
P. O. Box 1169
Galveston, TX 77553-1169

Mr. John DaFonte
Port Bolivar Marine Serv.
P. O. Box 506
Port Bolivar, TX 77650

Mr. Tony L. Chauveaux
Attorney at Law
490 Park Street, Ste. 210
Beaumont, TX 77701

Mr. Doyle McDonald
5017 Sherman Blvd.
Galveston, TX 77551

Mr. Brown Ayres, Trustee for
Heiskell Heirs
P. O. Boz 5732
Winter Park, Florida 32793

Forrest I. Watson, Trustee for
Heiskell Heirs
4176 Lake Meadow Way
Louisville, TN 37777

Estate of Annie Ray Poth
1011 Tremont St.
Galveston, TX 77551

Warren Honey
and Marcheta Honey
8 Colony Park Drive
Galveston, TX 77551

George Cohen, III
760 Sheldon Street
El Segundo, CA 90245

Sherri Aymes
314 North Burlingt on Street
Gloucester City, N.J. 08030-0603

Michael Jerry Miles, Jr.
P. O. Box 688
Bacliff, TX 77518

Andrew Johnson, Jr.
P. O. Box 877
Galveston, TX 77553

Dorothy C. McDonald
2228 Seawall Blvd., #316
Galveston, TX 77550

Charles B. Sanders
10118 Candlewood Drive
Houston, TX 77042

Elva Sanders Weatherford,
11907 Stoneyridge
Houston, TX 77024

E. E. Paramore, III
8408 Ridpath
Los Angeles, CA 90046

Anna C. Brando
1132 Roxbury Dr.
Los Angeles, CA 90035

Mary C. Skewes-Cox
P. O. Box 1145
Ross, California 94957

Alexander Wilson
P. O. Box 456
Los Gatos, CA 95031

Margery Wilson
P. O. Box 418
Waldport, Oregon  97394

The Moody National Bank
  of Galveston, Trustee
Trust Department
Luann Bland, A.V.P./T.O.
2302 Post Office
Galveston, TX   77550

Andrew M. Shelton
P. O. Box 3070
Galveston, TX   77553

Frances Shelton Howell
P. O. Box 1483
Galveston, TX  77553

Hetta Towner
Est. of Martin Towler, Dec.
5115 Avenue T
Galveston, TX  77550

Donald B. Moore
1414 Sugar Creek Boulevard
Sugar Land, TX  77478

John Knox Moore
P. O. Box 1389
Brady, TX  76825

Anita M. Doyle
26 East Broad Oak
Houston, TX   77056

Paul C. Moore
3842 Overbrook
Houston, TX  77027

Bartlett G. Moore
9519 Teichman
Galveston, TX  77554

Charles H. Moore, III
2829 Babcock Rd. #300
San Antonio, TX  78230

Linda Moore
Estate of Kilburn Moore

1153 Argyle Ave.
San Antonio, TX  78209

David W. Moore Residual Trust
P. O. Box 16574
Galveston, TX 77552

Mr. Michael Reed
McCreary, Veselka, Bragg &
Allen, P.C..
P. O. Box 26990
Austin, TX 78755-0990

U. S. National Bank
  of Galveston,  Trustee
2201 Market Street
Galveston, TX  77550

Anne Furman Dunn
6202 Lost Creek Drive
Corpus Christi, TX  78413

John Wallace
Estate of Claire Furman Smith
4411 Leeland
Houston, TX  77023

Nancy A. McDonough
4107 Bissonett
Houston, TX  77005

Rita McDonough Williamson
   and R. P. Williamson, II
2 Adler Circle
Galveston, TX  77550

Anne Constance McKenzie
5015 Sherman
Galveston, TX  77550

Mr. William H. Yoes
Attorney at Law
P. O.  Drawer 7584
Beaumont, TX  77726-7584

Dept.  of Army
Galveston Dist. Corps of Engineers
P. O. Box 1229
Galveston, TX  77553

Mr. Floyd Landrey
Attorney at Law

390 Park Street, Ste. 500
Beaumont, TX  77701

Ms. Louise Bauer
C/o Patrick Autry
Matthews & Branscomb
112 E. Pecan,  Ste. 1100
San Antonio, TX 78205-1564

Mr. Peter Sapio Jr.
Attorney at Law
The GIA Bldg., Ste. 1-W
6025 Heards Lane
Galveston, TX  77551-5036

U. S. Trustee
300 Plaza Tower
110 N. College
Tyler, TX  75702

Mr. Brent Richbook
Ms. Karen Madden
Lyons & Plackemeier
P. O. Drawer 2789
Texas City, TX   77592-2789

Mr. Ed Farris
Farris & Associates
3033 Chimney Rock, Ste. 350
Houston, TX  77056

Sam Baker
821 Sunfish
Lakeway, TX  78734

Lillian Baker Beaudreaux
1095 Monterey Drive
Beaumont, TX  77706

Katherine Baker Blanchette
5250 Bristol Dr..
Beaumont, TX  77707

Nancy Baker Bates
3323 Lakeland  Gardens Dr.
Katy, TX  77449

Katheryn A. Taubert
24 Greenleaf Farms Rd.
Newton, CT  06470-1866

Mr. B. D. Moore, Jr.

5005 Denver Drive
Galveston, TX  77551

Arthur H. Shelton, II
8001 Red Rock Cove
Austin, TX  78749

Ernest Caldwell
Attorney at Law
1619 Post Ofc. St.
Galveston, TX  77550

U. S. National Bank
Attn:  Freddie Meier
    Acc. 06050
P. O. Box 179
Galveston, TX  77550

Louise Bauer
P. O. Box BB
LaWard, TX  77970