IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BOYT REALTY CO. | § | CASE NO. 93-11111 |
|    DEBTOR | § | |

### ORDER APPROVING TRANSMITTAL OF UNCLAIMED FUNDS
(Unknown Owners)

On this day came on to be considered the ***Trustee's Motion for Authority to Transmit Unclaimed Funds*** filed by Stephen J. Zayler, the duly appointed Chapter 7 Trustee ("Movant") in the above referenced case. The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate twenty (20) day negative notice language, pursuant to Local Rule of Bankruptcy Procedure 9007, which directed any party opposed to the granting of the relief sought by the motion to file a written response within twenty days or the Motion would be deemed by the Court to be unopposed. The Court finds that no objection or other written response to the Motion has been timely filed by any party.

It is, therefore, ORDERED, that Stephen J. Zayler, Chapter 7 Trustee, be and is hereby authorized to pay into the unclaimed funds of this Court the ownership interest of all unknown owners in the sum of $14,495.04, to allow the interested parties an opportunity to assert their various claims of entitlement to the funds.